# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VY NHU HOANG DINH, *et al.*,

        Plaintiffs,

vs.

UNITED STATES, *et al.*,

        Defendants.

Case No. 2:12-cv-01795-MMD-CWH

**ORDER**

    This matter is before the Court on Government counsel's Motion to Permit Appearance of Government Attorney (#5), filed November 6, 2012. The Court has reviewed the motion and finds it complies with the requirements of LR-IA 10-3. Accordingly,

    **IT IS HEREBY ORDERED** that Government counsel's Motion to Permit Appearance of Government Attorney (#5) is **granted**.

    DATED this 21st day of November, 2012.

                                                         **C.W. Hoffman, Jr.**
                                                        **United States Magistrate Judge**