# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VY NHU HOANG DINH, *et al.*,            )
                                        )
    Plaintiffs,                      )  Case No.  2:12-cv-01795-MMD-CWH
                                        )
vs.                                     )  **ORDER**
                                        )
UNITED STATES, *et al.*,                )
                                        )
    Defendants.                      )
_____)

       This matter is before the Court on Government counsel's Motion to Permit Appearance of Government Attorney (#5), filed November 6, 2012.  The Court has reviewed the motion and finds it complies with the requirements of LR-IA 10-3.  Accordingly,

       **IT IS HEREBY ORDERED** that Government counsel's Motion to Permit Appearance of Government Attorney (#5) is **granted**.

       DATED this 21st day of November, 2012.

                                                                  **C.W. Hoffman, Jr.**
                                                                  **United States Magistrate Judge**