1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Phone: (702)388-6336
   Facsimile: (702)388-6787
6  Email: *carlos.gonzalez2@usdoj.gov*
   Attorneys for the United States.
7

8                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
9

10 VY NHU HOANG DINH  and                    )
   MAN VAN CHAU, et. al.,                    )
11                                           )
                       Plaintiffs,           )
12       v.                                  )   Case No. 2:12-cv-01795-MMD-CWH
                                             )
13 UNITED STATES OF AMERICA, et al.,         )
                                             )
14                     Defendants.           )
   _____)
15

16     **<u>MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY</u>**

17         Pursuant to LR IA 10-3, the United States of America respectfully requests that this

18 honorable Court permit Stefanie Notarino Hennes to practice before this honorable Court in all

19 matters relating to the above-captioned case.

20         Ms. Hennes is an attorney with the Department of Justice Office of Immigration

21 Litigation, an agency of the federal government.  Ms. Hennes is a member in good standing of

22 the State Bar of Connecticut (Bar No.429191).

23 ...

24 ...

25 ...

26 ...

1    The following contact information is provided to the Court:

2    Stefanie Notarino Hennes, Trial Attorney
     USDOJ-Civil Division-Office of Immigration Litigation
3    PO Box 868, Ben Franklin Station
     Washington D.C. 20044
4    Telephone 202-532-4175
     Email: stefanie.hennes@usdoj.gov
5

6         Accordingly, the United States respectfully requests that an order be issued allowing

7    Stefanie Notarino Hennes to practice before this honorable Court.

8

9         DATED this 3rd day of April 2013.

10                                          Respectfully submitted,

11                                          DANIEL G. BOGDEN
                                            United States Attorney
12
                                            //s// Carlos A. Gonzalez
13                                          CARLOS A. GONZALEZ
                                            Assistant United States Attorney
14

15

16                                          IT IS SO ORDERED:

17                                          _____

18                                          UNITED STATES DISTRICT JUDGE

19                                          DATED: ____April 3, 2013_____

20

21

22

23

24

25

26