DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *carlos.gonzalez2@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VY NHU HOANG DINH and MAN VAN CHAU, et. al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 2:12-cv-01795-MMD-CWH |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Stefanie Notarino Hennes to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Hennes is an attorney with the Department of Justice Office of Immigration Litigation, an agency of the federal government.  Ms. Hennes is a member in good standing of the State Bar of Connecticut (Bar No.429191).

...

...

...

...

The following contact information is provided to the Court:

Stefanie Notarino Hennes, Trial Attorney
USDOJ-Civil Division-Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone 202-532-4175
Email: stefanie.hennes@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Stefanie Notarino Hennes to practice before this honorable Court.

DATED this 3rd day of April 2013.

                Respectfully submitted,

                DANIEL G. BOGDEN
                United States Attorney

                //s// Carlos A. Gonzalez
                CARLOS A. GONZALEZ
                Assistant United States Attorney

                IT IS SO ORDERED:

                _____
                UNITED STATES DISTRICT JUDGE
                DATED: April 3, 2013